# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,        **NOTICE OF APPEARANCE**
              Plaintiff,

v.

DEREK LOMBARD,              Case No:  10MJ120(2) AJB
             Defendant.

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies

the Court and counsel that Paul Engh, Attorney ID No. 134685, shall appear as appointed

counsel of record for the above named defendant in this case.

Dated:   April 7, 2010            *s/Katherian D. Roe*
                       KATHERIAN D. ROE
                       Attorney ID No. 214668
                       Attorney for Defendant
                       Office of the Federal Defender
                       107 U.S. Courthouse
                       300 South Fourth Street
                       Minneapolis, MN 55415
                       612-664-5858