# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Arthur J. Boylan, 3C |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: MJ 10-120 AJB |
| | ) | Date: April 7, 2010 |
| Derek William Lombard (02), | ) | Time Commenced: 3:36 p.m. |
| | ) | Time Concluded: 3:52 p.m. |
| Defendant. | ) | Time in Court: 16 Minutes |

☒ **PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det:  8/8

## APPEARANCES:

Plaintiff:   Andrew Dunne, Assistant U.S. Attorney
Defendant:   Paul Engh and Stephen L. Smith,   ☒ CJA   ☒ Appointed

on ☒ Complaint

☒ Deft Ordered Detained - Govt to submit proposed order

☒ Probable cause found.  Deft bound over to District Court of Minnesota

Additional Information:
  Larry Wesbey, FBI Special Agent, testified.

*s/Joan Flood*
Criminal Duty Clerk